IN THE DISTRICT COURT OF THE UNITED STATES

DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 6:20CR00628-TMC (25) |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| JAMES ROBERT PETERSON ) | |

Based on Mr. Peterson's motion and with the consent of the Government,

IT IS HEREBY ORDERED

That any detention center or other facility where James Robert Peterson is being confined shall allow defense investigators, paralegals, assistants, and experts as deemed appropriate by counsel for the defense free access to James Robert Peterson without the presence of counsel.

Timothy M. Cain
United States District Judge

February ___, 2021

I so move:

*William F. Nettles, IV* by *Kathy Elmore w/ express permission*
William F. Nettles, IV
Attorney for Defendant

I consent:

*[signature]*
Justin Holloway
Assistant United States Attorney